UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

IN RE:                                                                                  CHAPTER 13 PROCEEDING:
ARTURO DIAZ JR                                                    17-70283-M-13
DEBTOR

**ORDER GRANTING TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY**

Came on for consideration by this Court, the Trustee's Motion to Pay Funds into the Court Registry pursuant to 11 U.S.C. Section 347(a) and it appearing to the Court that the motion as presented is with merit and it is accordingly,

ORDERED, ADJUDGED AND DECREED that Cindy Boudloche, Chapter 13 Trustee is authorized to pay $10,542.30 now held by her in the above referenced case for the following Creditor into the registry of the Court:

LOS PINOS HOMEBUILDERS LLC
203 N ALAMO ST
ALTON, TX  78573

Dated: _____       _____
                                                                                    Deputy Clerk

Order Submitted By:
Cindy Boudloche
Chapter 13 Trustee
555 N. Carancahua  Ste 600
Corpus Christi, TX  78401-0823
(361) 883-5786

#110