

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

ENTERED
02/28/2019

| | |
|---|---|
| IN RE: <br> Arturo Diaz, Jr <br><br> Debtor(s) | CASE NO. 17−70283 <br> CHAPTER 13 |

## ORDER TO DEPOSIT FUNDS INTO THE COURT REGISTRY

The following motion is GRANTED:

*99* – Application to Deposit Unclaimed Funds Filed by Trustee Cindy Boudloche (Attachments: # 1 Proposed Order) (Boudloche, Cindy)

These unclaimed funds may be deposited into the Registry of the Court:

Amount: $ 10,542.30
Owed to: LOS PINOS HOMEBUILDERS LLC

Signed and Entered on Docket: 2/28/19.

by: <u>Kristy Love</u>
Deputy Clerk

This Order is signed for the Court by the Clerk under authority of 28 U.S.C. § 956 and General Order No. 2000−3.